AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/15/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Andrew Jim Ra Jr. | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served upon Stephen Dalton Executive Vice President of TISHMAN Construction Corporation of DC at 1150 18th St, Suite 475 Washington, DC 20036.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/15/2007
                    Date

*Signature of Server*

1250 Connecticut Ave NW Suite 200
Washington DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.