UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LLC, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>TISHMAN CONSTRUCTION )<br>CORPORATION OF D.C., )<br>  )<br>  Defendant. )<br>_____) | Civil Action No. 1:07-cv-01051-RBW |

**NOTICE OF APPEARANCE**

Gerald I. Katz, an attorney with the law firm of Katz & Stone, L.L.P., and Katz & Stone, L.L.P., hereby note their appearance as co-counsel and local counsel to Defendant Tishman Construction Corporation of D. C. in the above-styled action. All future correspondence, pleadings, orders, or other notices relative to this case should be sent to Gerald I. Katz at the address listed below.

                                Respectfully submitted,

                                TISHMAN CONSTRUCTION
                                CORPORATION OF D.C.

                                By Counsel

/s/ Gerald I. Katz
Gerald I. Katz
D.C. Bar No. 237925
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
703.761.3000
703.761.6179 (fax)

2

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing **NOTICE OF APPEARANCE** was served electronically, this 2nd day of July, 2007, upon:

>G. David Fensterheim
>Fensterheim & Bean, P.C.
>1250 Connecticut Avenue, N.W., Suite 700
>Washington, D. C. 20036

>        /s/ Gerald I. Katz
>        Gerald I. Katz

J:\20009.003\Pl\GIK Notice of Appearance.doc:bd