UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LLC,          )<br>                                                              )<br>         Plaintiff,                              )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>TISHMAN CONSTRUCTION         )<br>CORPORATION OF D.C.,              )<br>                                                              )<br>         Defendant.                          )<br>                                                              ) | Civil Action No. 1:07-cv-01051-RBW |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant Tishman Construction Corporation of D.C., by counsel, in accordance with LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, move the Court to admit Michael R. Fleishman *pro hac vice* to appear and conduct this case in association with Gerald I. Katz, Esquire. In support of their Motion, Defendant states as follows:

1. Mr. Fleishman is admitted to practice and is an attorney in good standing in New York and New Jersey.

2. Mr. Fleishman is employed with the law firm of Goetz, Fitzpatrick, LLP, One Penn Plaza, Suite 4401, New York, NY 10119, (212) 695-8100. He will appear in and conduct this case in association with Mr. Katz, who is a member in good standing of the Bar of this Court. Pursuant to LCvR 83.1(d), the declaration of Mr. Fleishman is attached hereto.

WHEREFORE, Defendant, by counsel, moves the Court to admit Michael R. Fleishman to practice before the Court *pro hac vice* in this case.

        Respectfully submitted,

        TISHMAN CONSTRUCTION
        CORPORATION OF D.C.

        By Counsel

/s/ Gerald I. Katz
Gerald I. Katz
D.C. Bar No. 237925
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
703.761.3000
703.761.6179 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** was served electronically, this 3rd day of July, 2007 upon:

        G. David Fensterheim
        Fensterheim & Bean, P.C.
        1250 Connecticut Avenue, N.W., Suite 700
        Washington, D. C. 20036

        /s/ Gerald I. Katz
        Gerald I. Katz

J:\20009.003\Pl\Fleishman pro hac vice Motion.doc:bd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE KEYSTONE GROUP, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:07-cv-01051-RBW |
| TISHMAN CONSTRUCTION CORPORATION OF D.C., | ) ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF MICHAEL R. FLEISHMAN, ESQUIRE

Pursuant to LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, I, Michael R. Fleishman, Esquire declare as follows:

1. I am an attorney at the law firm Goetz, Fitzpatrick, LLP, One Penn Plaza, Suite 4401, New York, NY 10119.

2. I am a member in good standing of the New York and New Jersey bars. I have been admitted to the United States District Court for the Southern and Eastern Districts of New York and the United States District Court for the District of New Jersey.

3. I certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

/s/ Michael R. Fleishman
Michael R. Fleishman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01051-RBW |
| ) | |
| TISHMAN CONSTRUCTION ) | |
| CORPORATION OF D.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

IT IS ORDERED, that Pursuant to United States District Court for the District of Columbia Rules of Civil Procedure, Michael R. Fleishman, Esquire is hereby admitted *pro hac vice* to represent Defendant, Tishman Construction Corporation of D.C. in the above-captioned matter.

THIS MATTER IS FINAL.

ENTERED this _____ day of _____, 2007.

_____
JUDGE,

I ASK FOR THIS:

/s/ Gerald I. Katz
Gerald I. Katz, Esquire
D.C. Bar No. 237925
KATZ & STONE, L.L.P.
8230 Leesburg Pike
Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
703.761.3000
703.761.6179 (fax)