UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*ECF*

| | |
|---|---|
| THE KEYSTONE GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01051-RBW |
| ) | |
| TISHMAN CONSTRUCTION ) | |
| CORPORATION OF D.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

IT IS ORDERED, that Pursuant to United States District Court for the District of

Columbia Rules of Civil Procedure, Michael R. Fleishman, Esquire is hereby admitted *pro hac*

*vice* to represent Defendant, Tishman Construction Corporation of D.C. in the above-captioned

matter.

THIS MATTER IS FINAL.

ENTERED this _5th_ day of _July_, 2007.

_Reggie B. Walton_
JUDGE,

I ASK FOR THIS:

/s/ Gerald I. Katz
Gerald I. Katz, Esquire
D.C. Bar No. 237925
KATZ & STONE, L.L.P.
8230 Leesburg Pike
Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
703.761.3000
703.761.6179 (fax)