UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

THE KEYSTONE GROUP, LLC, )
)
    Plaintiff, )
)
v. )
) Civil Action No. 1:07-cv-01051-RBW
TISHMAN CONSTRUCTION )
CORPORATION OF D.C., )
)
    Defendant. )
)
)

## ORDER

IT IS ORDERED, that Pursuant to United States District Court for the District of Columbia Rules of Civil Procedure, Thomas S. Finegan, Esquire is hereby admitted *pro hac vice* to represent Defendant, Tishman Construction Corporation of D.C. in the above-captioned matter.

THIS MATTER IS FINAL.

ENTERED this 5th day of July, 2007.

_____
JUDGE

I ASK FOR THIS:

/s/ Gerald I. Katz
Gerald I. Katz, Esquire
D.C. Bar No. 237925
KATZ & STONE, L.L.P.
8230 Leesburg Pike
Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
703.761.3000
703.761.6179 (fax)