UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE KEYSTONE GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-01051-RBW |
| | ) | |
| TISHMAN CONSTRUCTION CORPORATION OF D.C., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant Tishman Construction Corporation of D.C., by counsel, in accordance with LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, moves the Court to admit Brian R. Dugdale *pro hac vice* to appear and conduct this case in association with Gerald I. Katz, Esquire. In support of its Motion, Defendant states as follows:

1.     Mr. Dugdale is admitted to practice in Virginia and is an attorney in good standing in Virginia and in the United States District Court for the Eastern District of Virginia.

2.     Mr. Dugdale is employed with the law firm of Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182. He will appear in and conduct this case in association with Mr. Katz, who is a member in good standing of the Bar of this Court. Pursuant to LCvR 83.2(d), the declaration of Mr. Dugdale is attached hereto.

WHEREFORE, Defendant, by counsel, moves the Court to admit Brian R. Dugdale to practice before the Court *pro hac vice* in this case.

Respectfully submitted,

TISHMAN CONSTRUCTION CORP. OF D.C.

By Counsel

s/s Gerald I. Katz
Gerald I. Katz
DC Bar 237925
Katz & Stone, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)
gkatz@katzandstone.com
*Co-counsel and local counsel for Defendant*
*Tishman Construction Corporation of D.C.*

Thomas S. Finegan
(Motion for Admission *Pro Hac Vice* Pending)
Michael R. Fleishman
(Motion for Admission *Pro Hac Vice* Pending)
Goetz Fitzpatrick LLP
One Penn Plaza, 44th Floor
New York, NY 10119
212.695.8100
212.629.4013 (fax)
tfinegan@goetzfitz.com
mfleishman@goetzfitz.com
*Co-counsel for Defendant*
*Tishman Construction Corporation of D.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, a true and accurate copy of the foregoing pleading was mailed first-class, postage-prepaid, this 18th day of July, 2007, to:

> G. David Fensterheim, Esquire
> Fensterheim & Bean, P.C.
> 1250 Connecticut Ave., N.W., Suite 700
> Washington, D.C.  20036

/s/ Gerald I. Katz
Gerald I. Katz

J:\20009.003\Pld\002brd Mo Pro Hac Vice.doc:maf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE KEYSTONE GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-01051-RBW |
| | ) | |
| TISHMAN CONSTRUCTION | ) | |
| CORPORATION OF D.C., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF BRIAN R. DUGDALE, ESQUIRE

Pursuant to LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, I, Brian R. Dugdale, declare as follows:

1.    I am an associate at the law firm Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, (703) 761.3000.

2.    I am a member in good standing of the Virginia Bar. I have been admitted to the United States District Court for the Eastern District of Virginia.

3.    I certify that I have not been disciplined by any bar.

4.    I have not been admitted *pro hac vice* in this Court within the last two years.

/s/ Brian R. Dugdale
Brian R. Dugdale

J:\20009.003\Pld\003brd Pro Hac Vice Declaration.doc:maf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 1:07-cv-01051-RBW |
| | ) |
| TISHMAN CONSTRUCTION | ) |
| CORPORATION OF D.C., | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## **ORDER**

IT IS ORDERED, that Pursuant to United States District Court for the District of

Columbia Rules of Civil Procedure, Brian R. Dugdale is hereby admitted *pro hac vice* to

represent Defendant, Tishman Construction Corporation of D.C. in the above-captioned matter.

ENTERED this _____ day of _____, 2007.

_____

JUDGE, United States District Court
for the District of Columbia

I ASK FOR THIS:

s/s Gerald I. Katz
Gerald I. Katz
DC Bar 237925
Katz & Stone, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)
gkatz@katzandstone.com
*Co-counsel and local counsel for Defendant*
*Tishman Construction Corporation of D.C.*

J:\20009.003\Pld\004brd Pro Hac Vice Order.doc:maf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE KEYSTONE GROUP, LLC,          )
                                  )
        Plaintiff,                )
                                  )
v.                                )          Civil Action No. 1:07-cv-01051-RBW
                                  )
TISHMAN CONSTRUCTION              )
CORPORATION OF D.C.,              )
                                  )
        Defendant.                )
                                  )

## ORDER

IT IS ORDERED, that Pursuant to United States District Court for the District of

Columbia Rules of Civil Procedure, Brian R. Dugdale is hereby admitted *pro hac vice* to

represent Defendant, Tishman Construction Corporation of D.C. in the above-captioned matter.

ENTERED this _____ day of _____, 2007.


                                  _____
                                  JUDGE, United States District Court
                                  for the District of Columbia

I ASK FOR THIS:

s/s Gerald I. Katz
Gerald I. Katz
DC Bar 237925
Katz & Stone, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)
gkatz@katzandstone.com
*Co-counsel and local counsel for Defendant*
*Tishman Construction Corporation of D.C.*

J:\20009.003\Pld\004brd Pro Hac Vice Order.doc:maf