UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LLC,       )<br>                                )<br>     Plaintiff,                 )<br>                                )<br>v.                              )     Civil Action No. 1:07-cv-01051-RBW<br>                                )<br>TISHMAN CONSTRUCTION            )<br>CORPORATION OF D.C.,            )<br>                                )<br>     Defendant.                 )<br>_____) | |

## ORDER

IT IS ORDERED, that Pursuant to United States District Court for the District of Columbia Rules of Civil Procedure, Brian R. Dugdale is hereby admitted *pro hac vice* to represent Defendant, Tishman Construction Corporation of D.C. in the above-captioned matter.

ENTERED this 27th day of July, 2007.

_____
JUDGE, United States District Court
for the District of Columbia

I ASK FOR THIS:

s/s Gerald I. Katz
Gerald I. Katz
DC Bar 237925
Katz & Stone, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)
gkatz@katzandstone.com
*Co-counsel and local counsel for Defendant
Tishman Construction Corporation of D.C.*

J:\20009.003\Pld\004brd Pro Hac Vice Order.doc:maf