UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LLC, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>TISHMAN CONSTRUCTION )<br>CORPORATION OF D.C., )<br>  )<br>    Defendant. ) | Civil Action No. 1:07-cv-01051-RBW |

## DEFENDANT'S 26(a)(1) INITIAL DISCLOSURE

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure Defendant, The Keystone Group, LLC, submits its mandatory disclosures as follows:

1. The identity of persons likely to have discoverable information that Defendant may use to support its defenses to the claims asserted by the Plaintiff in the above-entitled action are:

    (a) James Scarpace – Tishman Construction Corporation
    (b) Robert Smith - Tishman Construction Corporation
    (c) Judith Herman, Esq. – Tishman Construction Corporation
    (d) Jeffrey Dodd – Tishman Construction Corporation of D.C.
    (e) Steve Dalton - Tishman Construction Corporation of D.C.

2. A general description of the documents in the custody and control of Defendant that it may use to support its defenses to the claims asserted by Plaintiff in the above entitled action:

    Pursuant to the parties' Joint 26(f) and LCR Rule 16.3(d) Report, Defendant is simultaneously producing with this 26(a)(1) Disclosure an electronic image of its available (non-privileged) documents in the custody and control of Defendant in support of its defenses in the above-entitled action. The parties have also agreed that Defendant will make available other construction project files relevant to the claims and defenses in the above-entitled action at a mutually convenient later date for inspection and copying.

3. Computation of Damages:

    N/A.

4. Insurance Agreements:

   None.

5. Expert Witness Disclosure:

   None have been retained as of this date.

    Respectfully submitted,

    TISHMAN CONSTRUCTION
    CORPORATION OF D.C.

    By Counsel

    /s/ Gerald I. Katz
    DC Bar 237925
    Katz & Stone, LLP
    8230 Leesburg Pike, Suite 600
    Vienna, Virginia 22182
    Phone: (703) 761-3000
    Fax: (703) 761-6179
    gkatz@katzandstone.com
    Co-counsel and local counsel for Defendant
    Tishman Construction Corporation of D.C.

    /s/ Thomas S. Finegan
    Michael R. Fleishman
    Goetz Fitzpatrick LLP
    One Penn Plaza, 44th Floor
    New York, NY 10119
    Phone: (212) 695-8100
    Fax (212) 629-4013
    tfinegan@goetzfitz.com
    mfleishman@goetfitz.com
    Co-counsel for Defendant
    Tishman Construction Corporation of D.C.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing **DEFENDANT'S 26(a)(1) INITIAL DISCLOSURE** was served electronically, this 7th day of September, 2007, upon:

>G. David Fensterheim
>Fensterheim & Bean, P.C.
>1250 Connecticut Avenue, N.W., Suite 700
>Washington, D. C. 20036
>
>    <u>/s/ Gerald I. Katz</u>
>    Gerald I. Katz

J:\20009.003\Pld\005anf Initial Disclosure.doc:bd