# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE KEYSTONE GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01051 |
| | ) | |
| TISHMAN CONSTRUCTION CORPORATION OF D.C. | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S INITIAL DISCLOSURES
### PURSUANT TO RULE 26(a)(1), FED.R.CIV.P.

Plaintiff, The Keystone Group, LLC ("Keystone"), by and through its undersigned counsel, hereby serves its disclosures pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure.

(A) The following persons may have discoverable information that Keystone may use to support its Complaint:

| Party | Individuals with Discoverable Information | Subject Matter of Discoverable Information |
|---|---|---|
| American Pharmacists Association<br>2215 Constitution Avenue, N.W.<br>Washington, D.C. 20037<br>(202) 628-4410 | - Roger Browning<br>- Ann Dubas<br>- John Gans | Facts relating to the relationship between and among the parties; knowledge of the ongoing work, and Tishman's performance and fees pursuant to the APhA contract |
| The Keystone Group, LLC<br>3 Bethesda Metro Center, Suite 605<br>Bethesda, MD 20814 | - Jeffrey Bolotin<br>- Michael Kay<br>- Kevin Keegan | Facts relating to the relationship between and among the parties |

| | | |
|---|---|---|
| (301) 907-0304 | - Otis E. Smith | |
| Tishman Construction Corporation of DC<br>1150 18th Street NW<br>Suite 475<br>Washington, DC 20036<br>(202) 966-3444 | - Stephen Dalton<br>- Jeffrey Dodd<br>- Jeffrey Helms<br>- Jim Scarpace<br>- Robert Smith | Facts relating to the relationship between and among the parties; knowledge of the ongoing work, and Tishman's performance and fees pursuant to the APhA contract |
| Tishman Construction Corporation of New York<br>666 Fifth Avenue<br>New York, New York 10103<br>(212) 739-7217 | - Judy Herman, Esq.<br>- John Livingston | Facts relating to the relationship between and among the parties; knowledge of the ongoing work, and Tishman's performance and fees pursuant to the APhA contract |

Plaintiff reserves the right to supplement this disclosure as further information is developed.

(B) An electronic copy of documents that are in the possession, custody, or control of Keystone, which Keystone may use to support its complaint, are being produced simultaneously with these disclosures. In addition to these documents, Keystone is in possession of a box of documents containing plans, specifications, and drawings. These documents will be made available for review and inspection at the offices of Keystone in Bethesda, Maryland upon request.

(C) The measure of damages sustained by Keystone is still under investigation. Plaintiff reserves the right to supplement this disclosure as further information is developed. Based on knowledge today, Keystone's compensatory damages are currently estimated to be $1,685,235 - $1,762,918, as follows:

| **Category** | **Calculation** | **Damages** |
|---|---|---|
| General Contractor's Fee *(2.5% of Cost of Work; 5% on Change Orders)* | *Guaranteed Maximum Price still unknown; assuming a $60,000,000 – $67,000,000 GMP:<br>$GMP \div 1.025 = \text{Cost of Work}$<br>$60,000,000 \div 1.025 = \$58,536,585$<br>$\$58,536,585 \times 2.5\% = \$1,464,414$<br>$\$1,464,414 \times 25\% = \$365,854$<br>$\$67,000,000 \div 1.025 = \$65,365,853$<br>$\$65,365,853 \times 2.5\% = \$1,634,146$<br>$\$65,365,853 \times 25\% = \$408,537$ | $365,854 - $408,537 |

| | | |
|---|---|---|
| Cost Savings *(split 60/40; 40% to General Contractor)* | *Cost Savings still unknown; assuming a $3,000,000 - $3,350,000 saving: <br> $3,000,000 × 40% = $1,200,000 <br> $1,200,000 × 25% = $300,000 <br> $3,350,000 × 40% = $1,340,000.00 <br> $2,200,000 × 25% = $335,000 | $300,000 - $335,000 |
| Early Completion Bonus | $277,522 × 25% = $69,381 | $69,381 |
| Value of Lost Profits on Tenant Work | *Assumes Tenant fit up package of $15,000,000, at 4% fee; and, 75/25 split between Keystone and Tishman: <br> $15,000,000 × 4% = $600,000 <br> $600,000 × 75% = $450,000 | $450,000 |
| Value of Lost Utilization of 3 Keystone Employees and Opportunity to Market APhA Experience | Estimated | $500,000 |
| TOTAL | | $1,685,235 - $1,762,918 |

As an alternative, Plaintiff also seeks equitable relief as well as damages under the theory of Quantum Meruit/Unjust Enrichment, based on the value to Defendant of the services provided by Keystone. Based on knowledge today, Keystone estimates the value of these services to be at least $1,000,000.

In order to deter Defendant from engaging in similar tortious conduct in the future, Plaintiff also asks that punitive damages in the amount of $1,000,000, or such greater amount as may be determined to be appropriate at trial, be awarded.

Respectfully submitted,

/s/ G. David Fensterheim
David Fensterheim, Esq.
FENSTERHEIM & BEAN, P.C.
1250 Connecticut Ave., NW, Suite 700
Washington, D.C. 20036
(202) 419-1511
Fax: (202) 842-2869
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1), FED.R.CIV.P. has been furnished by email and/or through the Court's CM/ECF Noticing System on September 7, 2007 to:

        Gerald I. Katz
        Andrew N. Felice
        Katz & Stone, L.L.P.
        8230 Leesburg Pike, Suite 600
        Vienna, Virginia 22182

        Thomas S. Finegan
        Michael R. Fleishman
        Goetz Fitzpatrick LLP
        One Penn Plaza, 44th Floor
        New York, NY 10119

                      /s/ G. David Fensterheim
                      David Fensterheim, Esq.