UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LLC,    ) | |
|     ) | |
|     Plaintiff,    ) | |
|     ) | Civil Action No. 1:07-cv-01051-RBW |
| v.    ) | |
|     ) | |
| TISHMAN CONSTRUCTION    ) | |
| CORPORATION OF D.C.,    ) | |
|     ) | |
|     Defendant.    ) | |

## **DEFENDANT'S 26(a)(1) INITIAL DISCLOSURE**

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure Defendant, Tishman Construction Corporation of D.C., submits its mandatory disclosures as follows:

1. The identity of persons likely to have discoverable information that Defendant may use to support its defenses to the claims asserted by the Plaintiff in the above-entitled action are:

    (a) James Scarpace – Tishman Construction Corporation
    (b) Robert Smith - Tishman Construction Corporation
    (c) Judith Herman, Esq. – Tishman Construction Corporation
    (d) Jeffrey Dodd – Tishman Construction Corporation of D.C.
    (e) Steve Dalton - Tishman Construction Corporation of D.C.

2. A general description of the documents in the custody and control of Defendant that it may use to support its defenses to the claims asserted by Plaintiff in the above entitled action:

    Pursuant to the parties' Joint 26(f) and LCR Rule 16.3(d) Report, Defendant is simultaneously producing with this 26(a)(1) Disclosure an electronic image of its available (non-privileged) documents in the custody and control of Defendant in support of its defenses in the above-entitled action. The parties have also agreed that Defendant will make available other construction project files relevant to the claims and defenses in the above-entitled action at a mutually convenient later date for inspection and copying.

3. Computation of Damages:

    N/A.

4.  Insurance Agreements:

    None.

5.  Expert Witness Disclosure:

    None have been retained as of this date.

        Respectfully submitted,

        TISHMAN CONSTRUCTION
        CORPORATION OF D.C.

        By Counsel

        /s/ Gerald I. Katz
        DC Bar 237925
        Katz & Stone, LLP
        8230 Leesburg Pike, Suite 600
        Vienna, Virginia 22182
        Phone: (703) 761-3000
        Fax: (703) 761-6179
        gkatz@katzandstone.com
        Co-counsel and local counsel for Defendant
        Tishman Construction Corporation of D.C.

        /s/ Thomas S. Finegan
        Michael R. Fleishman
        Goetz Fitzpatrick LLP
        One Penn Plaza, 44th Floor
        New York, NY 10119
        Phone: (212) 695-8100
        Fax (212) 629-4013
        tfinegan@goetzfitz.com
        mfleishman@goetfitz.com
        Co-counsel for Defendant
        Tishman Construction Corporation of D.C.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing **DEFENDANT'S 26(a)(1) INITIAL DISCLOSURE** was served electronically, this 7th day of September, 2007, upon:

> G. David Fensterheim
> Fensterheim & Bean, P.C.
> 1250 Connecticut Avenue, N.W., Suite 700
> Washington, D. C. 20036
>
>     /s/ Gerald I. Katz
>     Gerald I. Katz

J:\20009.003\Pld\005anf Initial Disclosure.doc:bd