UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE KEYSTONE GROUP, LLC, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 07-1051 (RBW) |
| TISHMAN CONSTRUCTION CORPORATION OF D.C., | ) ) ) ) | |
| Defendant. | ) ) ) | |

**SCHEDULING ORDER**

Based on the representations of the parties at the initial scheduling conference in this case held on September 14, 2007, and in accordance with the oral orders of the Court issued at that conference, it is

**ORDERED** that this matter is assigned to the Court's Standard Track. It is further

**ORDERED** that the parties complete all fact discovery by January 15, 2008. It is further

**ORDERED** that the parties appear before this Court on January 18, 2008, at 9:30 a.m. for a status conference.

**SO ORDERED** this 14th day of September, 2007.

REGGIE B. WALTON
United States District Judge