# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01051 |
| | ) |
| TISHMAN CONSTRUCTION CORPORATION OF D.C. | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO EXTEND DISCOVERY PERIOD

Plaintiff and Defendant, by and through their undersigned counsels, and for the reasons set forth below, respectfully request this Court extend the period for completion of fact discovery (i.e. discovery other than with respect to experts) in this matter for an additional forty five (45) days, to February 29, 2008.

1.　　The discovery period in this matter presently is set to expire on January 15, 2008. No previous extensions of the discovery period have been requested or granted.

2.　　Plaintiff and Defendant have been proceeding with discovery diligently, cooperatively, and in good faith, but will be unable to complete all necessary discovery within the existing deadline. The parties have already exchanged documents, and have taken a total of seven depositions. Several additional depositions of party and non-party witnesses are yet to be taken.

3.　　The holiday season and holiday travel presented significant scheduling difficulties and conflicts during a period when responses to discovery requests were pending, and additional depositions needed to be scheduled. In addition, the parties do intend to engage in mediation in an attempt to settle this case. While the parties are not seeking a stay of discovery pending mediation, participation in mediation may create additional difficulties in concluding all necessary discovery without the requested extension.

      4.     An extension of the discovery period will afford all of the parties, the non-party deponents, and counsels a reasonable, but relatively short, amount of time to schedule and complete depositions, and respond to other discovery requests.

      5.     A trial date for this matter has not been set, therefore, no other established court deadlines will be delayed by extending the discovery period as requested in this motion.

For these reasons, Plaintiff and Defendant respectfully request that this Court find good cause to exercise its discretion and extend the discovery period in this action by forty five (45) days, to February 29, 2008.

Respectfully submitted,

/s/ G. David Fensterheim
David Fensterheim, Esq.
FENSTERHEIM & BEAN, P.C.
1250 Connecticut Ave., NW, Suite 700
Washington, D.C. 20036
(202) 419-1511
Fax: (202) 842-2869
Counsel for Plaintiff


/s/ Gerald Katz
Gerald Katz, Esq.
KATZ & STONE, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
Fax: (703) 761-6179
Co-counsel and local counsel for Defendant


/s/ Michael Fleishman
Michael Fleishman, Esq.
GOETZ FITZPATRICK LLP
One Penn Plaza, 44th Floor
New York, NY 10119
(212) 695-8100
Fax: (212) 629-4013
Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01051 |
| | ) |
| TISHMAN CONSTRUCTION CORPORATION OF D.C. | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS CASE came before the Court to consider Plaintiff and Defendant's Joint Motion to Extend Discovery Period. The Court reviewed the motion and finds that there is good cause to grant the requested extension. Accordingly, it is hereby,

ORDERED:

1. Plaintiff and Defendant's Joint Motion to Extend Discovery Period is GRANTED.

2. The period for completion of fact discovery in this matter shall be extended to Friday, February 29, 2008.

ENTERED this _____ day of _____, 2007.

_____
JUDGE, Reggie B. Walton