# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE KEYSTONE GROUP, LC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01051 |
| | ) | |
| | ) | |
| TISHMAN CONSTRUCTION CORPORATION OF D.C. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>CONSENT MOTION TO REFER CASE TO MEDIATION</u>

Plaintiff and Defendant, by and through their undersigned counsels, and for the reasons set forth below, respectfully move this Court for entry of a Consent Order referring the above referenced matter to the Office of the Circuit Executive for the United States Court for the District of Columbia Circuit for participation in the United States District Court Mediation Program.

1.     Plaintiff and Defendant have been unable to reach a settlement through their own efforts.

2.     Plaintiff and Defendant have yet to try mediation conducted by a neutral mediator.

3.     Plaintiff and Defendant believe this matter may benefit from participation in the United States District Court Mediation Program.

4.      Plaintiff and Defendant wish to submit to mediation voluntarily.

5.      Plaintiff and Defendant have already contacted the Office of the Circuit

Executive in order to initiate the process of mediation.

For these reasons, Plaintiff and Defendant respectfully request that this Court

enter a Consent Order referring the parties to participate in the United States District

Court Mediation Program.

Respectfully submitted,

/s/ G. David Fensterheim
David Fensterheim, Esq.
FENSTERHEIM & BEAN, P.C.
1250 Connecticut Ave., NW, Suite 700
Washington, D.C.  20036
(202) 419-1511
Fax: (202) 842-2869
Counsel for Plaintiff


/s/ Gerald Katz _____
Gerald Katz, Esq.
KATZ & STONE, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
Fax: (703) 761-6179
Co-counsel and local counsel for Defendant


/s/ Michael Fleishman_____
Michael Fleishman, Esq.
GOETZ FITZPATRICK LLP
One Penn Plaza, 44th Floor
New York, NY 10119
(212) 695-8100
Fax: (212) 629-4013
Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE KEYSTONE GROUP, LC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01051 |
| | ) | |
| | ) | |
| TISHMAN CONSTRUCTION CORPORATION | ) | |
| OF D.C. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>CONSENT ORDER</u>

THIS CASE came before the Court to consider Plaintiff and Defendant's Consent Motion to Refer Case to Mediation. The Court reviewed the motion and finds that there is good cause to grant the requested referral. Accordingly, it is hereby, ORDERED:

1.     Plaintiff and Defendant's Consent Motion to Refer Case to Mediation is GRANTED.

2.     Plaintiff and Defendant are referred to the Office of the Circuit Executive for the United States Court for the District of Columbia Circuit for participation in the United States District Court Mediation Program

ENTERED this _____ day of _____, 2008.


_____
JUDGE, Reggie B. Walton