IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LC, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>TISHMAN CONSTRUCTION )<br>CORPORATION OF D.C. )<br>)<br>    Defendant. )<br>_____) | Case No. 1:07-cv-01051 |

## JOINT MOTION TO EXTEND DISCOVERY PERIOD

Plaintiff and Defendant, by and through their undersigned counsels, and for the reasons set forth below, respectfully request this Court extend the period for completion of fact discovery (i.e. discovery other than with respect to experts) in this matter for an additional forty five (45) days, to April 14, 2008.

1.  The discovery period in this matter presently is set to expire on February 29, 2008. The Court previously granted one forty (45) day extension to complete discovery.

2.  The parties have agreed to submit this matter to the United States District Court Mediation Program. On or about February 6, 2008, the parties filed a consent motion referring this case to mediation. By Order dated February 7, 2008, this Court granted the consent motion referring the case to the Court's mediation program, ordered the parties to file a joint status report on or about March 8, 2008, and administratively closed the case until the parties concluded their mediation.

3.  Because of scheduling conflicts between and among the parties and the mediator, mediation in this matter is now scheduled March 3, 2008.

4.     The parties have generally been cooperating during discovery and have already exchanged numerous documents and conducted seven (7) depositions to date of fact witnesses. There are several more depositions to be conducted in this case but the parties believe their respective time and resources will be better served by participating in the mediation and then conducting any remaining discovery only if the mediation is unsuccessful.

5.     A further extension of the discovery period will afford all of the parties, the non-party deponents, and counsels a reasonable, but relatively short, amount of time to schedule and complete depositions, and respond to any other discovery requests.

6.     A trial date for this matter has not been set, therefore, no other established court deadlines will be delayed by extending the discovery period as requested in this motion.

For these reasons, Plaintiff and Defendant respectfully request that this Court find good cause to exercise its discretion and extend the discovery period in this action by forty five (45) days, to April 14, 2008.

                                                  Respectfully submitted,

                                                  s/s G. David Fensterheim  
                                                  G. David Fensterheim, Esq.  
                                                  FENSTERHEIM & BEAN, P.C.  
                                                  1250 Connecticut Ave., NW, Suite 700  
                                                  Washington, D.C.  20036  
                                                  (202) 419-1511  
                                                  (202) 842-2869 (fax)  
                                                  Counsel for Plaintiff

  /s Gerald I. Katz
Gerald Katz, Esq.
KATZ & STONE, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)
Co-counsel and local counsel for Defendant

  /s/ Michael Fleishman
Michael Fleishman, Esq.
GOETZ FITZPATRICK LLP
One Penn Plaza, 44th Floor
New York, NY 10119
(212) 695-8100
(212) 629-4013 (fax)
Counsel for Defendant

J:\20009.003\Pld\Joint Motion to Ext Disc.doc:bd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LC,           )<br>                                                             )<br>         Plaintiff,                              )<br>                                                             )<br>         v.                                          )<br>                                                             )<br>TISHMAN CONSTRUCTION      )<br>CORPORATION OF D.C.             )<br>                                                             )<br>         Defendant.                         )<br>_____) | Case No. 1:07-cv-01051 |

## **ORDER**

THIS CASE came before the Court to consider Plaintiff and Defendant's Joint Motion to Extend the Discovery Period. The Court reviewed the motion and finds that there is good cause to grant the requested extension. Accordingly, it is hereby,

ORDERED:

1.   Plaintiff and Defendant's Joint Motion to Extend Discovery Period is GRANTED.

2.   The period for completion of fact discovery in this matter shall be further extended to April 14, 2008.

ENTERED this _____ day of _____, 2008.

_____
JUDGE, Reggie B. Walton