# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEYSTONE GROUP, LC, )<br>)<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>TISHMAN CONSTRUCTION CORPORATION )<br>OF D.C. )<br>)<br>)<br>    Defendant. )<br>_____ ) | Case No. 1:07-cv-01051 |

### JOINT STIPULATION OF DISMISSAL

The Keystone Group, L.C. and Tishman Construction Corporation of D.C., pursuant to F.R.C. P. 41(a)(1)(ii), hereby stipulate and agree to the dismissal, with prejudice, of the above captioned action. The parties further stipulate and agree that each party shall bear its own costs and attorney's fees incurred in this action

SO STIPULATED AND SUBMITTED BY:

| | |
|---|---|
| /s/ G. David Fensterheim | /s/ Gerald Katz_____ |
| David Fensterheim, Esq. | Gerald Katz, Esq. |
| FENSTERHEIM & BEAN, P.C. | KATZ & STONE, LLP |
| 1250 Connecticut Ave., NW, Suite 700 | 8230 Leesburg Pike, Suite 600 |
| Washington, D.C. 20036 | Vienna, Virginia 22182 |
| (202) 419-1511 | (703) 761-3000 |
| Fax: (202) 842-2869 | Fax: (703) 761-6179 |
| Counsel for Plaintiff | Co-counsel and local counsel for<br>            Defendant |

/s/  Michael Fleishman____
Michael Fleishman, Esq.
GOETZ FITZPATRICK LLP
One Penn Plaza, 44th Floor
New York, NY 10119
 (212) 695-8100
Fax: (212) 629-4013
Counsel for Defendant